```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  KATE L. SCARBOROUGH
    Chief Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2739

 6

 7              THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,    )   CR. NO. S-06-372 GGH
                                 )
10         Plaintiff,            )   GOVERNMENT'S MOTION TO DISMISS
                                 )   WITH PREJUDICE AND [PROPOSED]
11      v.                       )   ORDER
                                 )
12  DEE CHAVEZ,                  )
                                 )
13         Defendant.            )   DATE:  October 11, 2006
    _____)   JUDGE: Hon. Gregory G. Hollows
14
```

15  Pursuant to Rule 48(a) of the Federal Rules of Criminal
16  Procedure, plaintiff United States of America, by and through its
17  undersigned attorney, hereby moves this Honorable Court for an
18  Order dismissing with prejudice CR. NO. S-06-372 GGH.

19  DATED: October 11, 2006         McGREGOR W. SCOTT
                                    United States Attorney
20

21                                  By: /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
22                                      Assistant U.S. Attorney

23                                  ORDER

24  IT IS SO ORDERED:

25  DATED: October 17, 2006

26              GREGORY G. HOLLOWS
27  _____
    HON. GREGORY G. HOLLOWS
28  United States Magistrate Judge